**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

| | | |
|---|---|---|
| PENNSYLVANIA MANUFACTURERS' ASSOCIATION INSURANCE COMPANY, | : | No. 111 MM 2021 |
| | : | |
| Petitioner | : | |
| | : | |
| v. | : | |
| | : | |
| JOHNSON MATTHEY, INC. AND PENNSYLVANIA DEPARTMENT OF ENVIRONMENTAL PROTECTION, | : | |
| | : | |
| Respondents | : | |

## ORDER

**PER CURIAM**

　　**AND NOW**, this 22nd day of February, 2022, the Application for Extraordinary Relief and the Application for Leave to File Reply are DENIED.

　　Justice Brobson did not participate in the consideration or decision of this matter.